IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12CV52-RLV

| | |
|---|---|
| SUZANNE WICK and LISA MANGIARDI )<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>PHILLIP H. REDMOND, in the official )<br>Capacity as Sheriff of Iredell County; OHIO )<br>CASUALTY INSURANCE COMPANY as surety)<br>and RICHARD BENJAMIN JENKINS, III, a/k/a)<br>JENKINS, in official capacity and )<br>Individually, )<br>Defendants. )<br>_____) | ORDER |

**THIS MATTER** is before the Court upon its own Motion. This matter is currently scheduled for the May 5, 2014, trial term in the Statesville Division. However, the Court has communicated to the parties that a hearing will be conducted on Plaintiff's Motion to Strike. (Doc. #55) The schedule does not permit conducting the hearing far enough in advance of a presumed trial to insure that the parties have adequate time to prepare.

IT IS THEREFORE, ORDERED that this case is hereby continued from the May 2014, trial term in the Statesville Division to the July 7, 2014, trial term in the Statesville Division.

Signed: April 15, 2014

Richard L. Voorhees
United States District Judge