UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE No.: 5:12-cv-52

| | |
|---|---|
| SUZANNE WICK and LISA MANGIARDI, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| PHILLIP H. REDMOND, in his official ) | |
| capacity as Sheriff of Iredell County; ) | |
| OHIO CASUALTY INSURANCE ) | |
| COMPANY as surety; and RICHARD ) | |
| BENJAMIN JENKINS, in his official ) | |
| capacity and individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court upon its own Motion. This matter is currently scheduled for the July 7, 2014, trial term in the Statesville Division. However, the Plaintiffs' filed their Second Amended Complaint on June 13, 2014. (Doc. 84.) Defendants' Answer has not been filed and is not due until June 27, 2014. At that time, only one would week remain for Defendants' renewed motion for summary judgment, Plaintiffs' response, and the Court's ruling. This time constraint risks prejudicing the rights of both parties.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the July 2014, trial term in the Statesville Division to the September 2014, trial term in the Statesville Division.

Signed: June 26, 2014

Richard L. Voorhees
United States District Judge